Decided September 22, 2004

STATE OF CONNECTICUT *v.* ROBERTO ARCENIEGA

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 326 (AC 24631), is denied.

*Matthew J. Costello*, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided September 22, 2004

DONALD P. BROWN *v.* MICHAEL L. REGAN,
SUPERVISORY ASSISTANT
STATE'S ATTORNEY

The petition by the plaintiff in error for certification for appeal from the Appellate Court, 84 Conn. App. 100 (AC 24880), is denied.

*Sebastian O. DeSantis*, in support of the petition.

*Peter A. McShane*, senior assistant state's attorney, in opposition.

Decided September 22, 2004